on either ground stated by the Special Term in its opinion, which is incorporated in the order by reference. The record does not disclose inexcusable laches exclusively attributable to the moving parties, their predecessor, or the testator, or that irreparable injury will be suffered by the opposite parties. Either, if not both, of these elements should be present when the court is besought to deny the application of the representatives of a deceased party to continue the prosecution of an action where the cause of action survives. Pringle v. Long Island R. R. Co., 157 N. Y. 100, 103, 51 N. E. 435. This action may properly be terminated by resort to usual procedure: (a) A judgment after a trial of the issues; (b) a judgment upon the dismissal of the complaint for neglect to proceed, if the defendants show themselves entitled to this relief.

KENT, Appellant, v. TOWN OF PATTERSON, Respondent. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by N. Charles Kent against the Town of Patterson. No opinion. Judgment and order (80 Misc. Rep. 560, 141 N. Y. Supp. 932) unanimously affirmed, with costs.

KEOUGH, Respondent, v. MANGE, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Helen Keough, an infant, against Charles Mange. C. S. Petrasch, of New York City, for appellant. W. S. Evans, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KEYES v. MANHATTAN NAVIGATION CO. (Supreme Court, Appellate Term, First Department. December 4, 1914.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by James Keyes against the Manhattan Navigation Company. From a judgment for plaintiff, defendant appeals. Reversed and remanded. Kelley & Connelly, of New York City (C. S. Lorentzen, of New York City, of counsel), for appellant. Benjamin Berinstein, of New York City, for respondent.

SEABURY, J. The direction to the witness, before his testimony had been completed, to leave the stand and the courtroom, was irregular and improper. No good purpose is to be gained by discussing the incident, and it is sufficient to point out that, in our judgment, justice requires that a new trial should be ordered. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event. All concur.

KIERNAN v. BUHLMAN et al. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by Annie Kiernan against Frederick W. Buhlman and others. No opinion. Judgment affirmed, with costs.

KING, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by James E. King against Rose A. King. No opinion. Order affirmed, without costs.

KITELSON v. STEEL & MASONRY CO. YOUNGQUIST v. SAME. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Frederick Kitelson against the Steel & Masonry Company. Chas. Youngquist against the same. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 150 N. Y. Supp. 1092.

KITELSON v. STEEL & MASONRY CONST. CO. YOUNGQUIST v. SAME. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Actions by Frederick Kitelson and by Chas. Youngquist against the Steel & Masonry Construction Company. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 83 Misc. Rep. 51, 144 N. Y. Supp. 623; 150 N. Y. Supp. 1092.

KLEIN, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Helen Klein against the Prudential Insurance Company of America. O. H. Droege, of New York City, for appellant. A. M. Bailey, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KNUDTSON, Appellant, v. REMMEL, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Isabella Knudtson against Harmon L. Remmel, impleaded with others. E. J. Blair, of New York City, for appellant. T. W. Morris, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KOCH, Respondent, v. FOX, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Anna T. Koch against William Fox, impleaded with others. G. A. Rogers, of New York City, for appellant. E. Potter, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KOLACKI, Respondent, v. AMERICAN SUGAR REFINING CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by John Kolacki, as administrator, etc., against the American Sugar Refining Company of New York.

PER CURIAM. Motion for reargument (150 N. Y. Supp. 93) denied, with $10 costs. The amendment to section 1180 of the Code of Civil Procedure was not overlooked by this court, but in its judgment its provisions are not sufficiently broad to justify the conduct of counsel for the plaintiff in pursuing a line of inquiry in the presence of the jury which has been repeatedly condemned.